UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE: REGIONS MORGAN KEEGAN
SECURITIES, DERIVATIVE, AND
ERISA LITIGATION

REBECCA RYAN,

    Plaintiff,

v.                                          Cv. No. 08-2162-Ma

MORGAN ASSET MANAGEMENT, INC.,
REGIONS MORGAN KEEGAN MULTI-
SECTOR FUND, et al.,

    Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Granting Defendants' Motions to Dismiss, docketed March 10, 2010.

**APPROVED:**

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| March 11, 2010 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |